Por tanto, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce con fecha 16 de marzo de 1927, en el caso arriba titulado.

No. 5003.—The United Porto Rican Bank, apldo., v. Nieves, demandada, y Palacios, interventor-aplte.—C. D. Humacao. ▅▅▅▅▅▅▅▅▅▅▅ Junio 14, 1929. Visto el allanamiento de la parte apelante, se declara con lugar la moción de desestimación de la parte apelada y en su consecuencia se desestima el recurso de apelación establecido por el interventor contra la sentencia dictada en abril 17, 1929, por la Corte de Distrito de Humacao.

No. 5004.—The United Porto Rican Bank, apldo., v. Nieves, demandada, y Palacios, interventor-aplte.—C. D. Humacao. ▅▅▅▅▅▅▅▅▅▅▅ Junio 14, 1929. Visto el allanamiento de la parte apelante, se declara con lugar la moción de desestimación de la parte apelada y en su consecuencia se desestima el recurso de apelación establecido por el interventor contra la sentencia dictada en abril 17, 1929, por la Corte de Distrito de Humacao.

No. 4974.—P. R. Fertilizer Co., aplda., v. Busó et al., apltes.—C. D. San Juan. ▅▅▅▅▅▅▅▅▅▅▅ Junio 17, 1929.

Por cuanto, demandados los apelantes para que pagasen el importe de dos pagarés suscritos por ellos se limitaron a negar que la demandante sea la tenedora de los mismos y a alegar que están prorrogados;

Por cuanto, el día del juicio los demandados no comparecieron a él y la demandante presentó los dos pagarés, suscritos a su favor;

Por cuanto, dictada sentencia condenatoria los demandados interpusieron contra ella esta apelación;

Por cuanto, en vista de los hechos expuestos y de no haber presentado prueba los demandados de su defensa de prórroga resulta frívola su apelación,

Por tanto, por el expresado motivo y a instancia de la